## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL J. SUHOSKI                                    Case No. 15-22281GLT


                        Debtor(s)
RONDA J. WINNECOUR,                                   Chapter 13
Standing Chapter 13 Trustee,

                        Movant
              vs.                                     Document No __

PA DEPARTMENT OF REVENUE*


                 Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.


PA DEPARTMENT OF REVENUE*                    Court claim# 2/Trustee CID# 14
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA 17128



The Movant further certifies that on 08/26/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                             /s/ Ronda J. Winnecour
                                             RONDA J WINNECOUR PA ID #30399
                                             CHAPTER 13 TRUSTEE WD PA
                                             600 GRANT STREET
cc:  debtor(s)                               SUITE 3250 US STEEL TWR
     original creditor                       PITTSBURGH, PA  15219
     putative creditor                       (412) 471-5566
     counsel for debtor(s)                   cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
MICHAEL J. SUHOSKI, 56 PETTIT
ROAD, AMITY, PA  15311

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, NICOTERO
& LOWDEN PC, 3948 MONROEVILLE
BLVD STE 2, MONROEVILLE, PA
15146

ORIGINAL CREDITOR:
PA DEPARTMENT OF REVENUE*, BUR
OF COMPL SECT-DEPT 280946,
STRAWBERRY SQ, HARRISBURG, PA
17128

ORIGINAL CREDITOR'S COUNSEL:
COMMONWEALTH OF
PENNSYLVANIA**, OFC OF THE
ATTORNEY GENERAL (PA REV NTCS),
1251 WATERFRONT PL, MEZZANINE
LEVEL, PITTSBURGH, PA  15222

NEW CREDITOR: