## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL J. SUHOSKI

Case No. 15-22281GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
Movant

Chapter 13

vs.

FANNIE MAE

Document No __

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 6011.

Regular mortgage payments are currently being directed to the following creditor at the following address:

FANNIE MAE
C/O GREEN TREE SERVICING(*)
ATTENTION: BK CASH MANAGEMENT - FLOOR 22, J253
301 W BAY STREET
JACKSONVILLE,FL 32202

Movant has been requested to send payments to:
NewRez LLC
PO BOX 10826
GREENVILLE SC 29603

The Chapter 13 Trustee's CID Records of FANNIE MAE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 11/26/2019.

|  |  |
|---|---|
| cc: Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
MICHAEL J. SUHOSKI, 56 PETTIT ROAD, AMITY, PA  15311

:
GREEN TREE**, BANKRUPTCY NOTICING SECTION**, POB 6154, RAPID CITY, SD  57709-6154

ORIGINAL CREDITOR:
FANNIE MAE, C/O GREEN TREE SERVICING(*), ATTENTION: BK CASH MANAGEMENT - FLOOR 22, J253, 301 W BAY STREET, JACKSONVILLE, FL  32202

NEW CREDITOR:
NewRez LLC
PO BOX 10826
GREENVILLE SC 29603

DEBTOR'S COUNSEL:
SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA  15146

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106