**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MICHAEL J. SUHOSKI

    Debtor(s)

Ronda J. Winnecour, Trustee
  Movant
    vs.
MICHAEL J. SUHOSKI

    Respondents

Case No. 15-22281GLT

Chapter 13

Related to Dkt. No. 84

FILED
4/30/20 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 30th day of April 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Young Restoration Company Inc
Attn: Payroll Manager
507 West Main St
Carnegie, PA 15106

is hereby ordered to immediately terminate the attachment of the wages of MICHAEL J. SUHOSKI, social security number XXX-XX-6062. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHAEL J. SUHOSKI.

BY THE COURT:

_____ jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 15-22281-GLT
Michael J. Suhoski                                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil                Page 1 of 1              Date Rcvd: Apr 30, 2020
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db           +Michael J. Suhoski,    56 Pettit Road,    Amity, PA 15311-1515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
      David A. Rice    on behalf of Debtor Michael J. Suhoski ricelaw1@verizon.net,
       lowdenscott@gmail.com
      James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      James    Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Scott R. Lowden    on behalf of Debtor Michael J. Suhoski niclowlgl@comcast.net
                                                                                                                               TOTAL: 6