IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Michael J. Suhoski, | : | Bankruptcy No. 15-22281-GLT |
| Debtor(s) | : | |
| Michael J. Suhoski, | : | Chapter 13 |
| Movant(s) | : | |
| v. | : | |
| No Respondents | : | |
| Respondent(s) | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   [The Debtor is not required to pay any Domestic Support Obligations]

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 09/25/2015, at docket number 21, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

Dated: May 19, 2020       By:       /s/ David A Rice
                                    Signature
                                    David A Rice
                                    Name of Filer – Typed
                                    PA ID 50329
                                    Rice & Associates Law Firm
                                    15 West Beau Street
                                    Washington, PA 15301
                                    (724) 225-7270
                                    ricelaw1@verizon.net