Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michael J. Suhoski** | : | Case No. 15−22281−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 88 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/26/20 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

   *AND NOW,* this *The 29th of June, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 88 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1)   *On or before August 13, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2)   This Motion is scheduled for hearing on *August 26, 2020 at 11:00 AM* in Telephone Conference, Please consult procedures, Judge Taddonio's webpage, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-22281-GLT
Michael J. Suhoski                                              Chapter 13
     Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Jun 29, 2020
                              Form ID: 604            Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
```
db              +Michael J. Suhoski,    56 Pettit Road,    Amity, PA 15311-1515
cr              +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr               DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,    PO Box 6154,    Rapid City, SD 57709-6154
cr              +New Residential Mortgage LLC,    RAS Crane, LLC,   10700 Abbott's Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
14067986        +Calvary Portfolio / GE Money Bank,    Attention: Bankruptcy Department,
                  500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
14067987        +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                  Saint Louis, MO 63179-0040
14067988        +Collection Service / Washington Fam Med,    Attn:Collection Center,    Po Box 14931,
                  Pittsburgh, PA 15234-0931
14067989        +Equitable Ascent,   c/o Lloyd Markind, Esq.,    102 Browning Lane,    Cherry Hill, NJ 08003-3195
14067990        +Equitable Ascent Financial, LLC,    1120 W Lake Cook Road,    Suite B,
                  Buffalo Grove, IL 60089-1970
14098442       ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court: Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
                  Telephone # 888-298-7785)
14067992        +Green Tree Servicing,    c/o Victoria W Chen, Esq.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
14067995        +Jefferson Auto Sales,    879 Jefferson Ave.,    Washington, PA 15301-3858
14067996        +Merchants Credit / Seventh Ave.,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
15182447         New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14067998        +Recmgmt Srvc / Waste Mgmt,    240 Emery Street,    Bethlehem, PA 18015-1980
14067999        +Shearer Heating & A/C & Ref Inc.,    125 Old Plank Road,    Washington, PA 15301-9038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14099013        +E-mail/Text: bankruptcy@cavps.com Jun 30 2020 04:49:50      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14099010        +E-mail/Text: bankruptcy@cavps.com Jun 30 2020 04:49:50      Cavalry SPV II, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14067993         E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2020 04:55:29      Green Tree Servicing L,
                  332 Minnesota St Ste 610,    Saint Paul, MN 55101
14067991        +E-mail/Text: bankruptcy@sccompanies.com Jun 30 2020 04:50:27      Ginnys/Swiss Colony Inc,
                  Attn: Bankruptcy,    1112 7th Ave,    Monroe, WI 53566-1364
14067994        +E-mail/Text: bankruptcy@huntington.com Jun 30 2020 04:49:31      Huntington Natl Bk,
                  Huntington National Bank - Bankruptcy No,    Po Box 89424,    Cleveland, OH 44101-6424
14067997        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 30 2020 04:49:34      Midland Funding / Citibank,
                  8875 Aero Dr,    San Diego, CA 92123-2255
14079526         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2020 04:49:21
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, Pa.   17128-0946
                                                                                              TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ditech Financial LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Jun 29, 2020
                              Form ID: 604            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
          David A. Rice    on behalf of Debtor Michael J. Suhoski ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden   on behalf of Debtor Michael J. Suhoski niclowlgl@comcast.net
                                                                                       TOTAL: 6
```