**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL J. SUHOSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-22281<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/25/2015 and confirmed on 9/24/15. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,095.00 |
| Less Refunds to Debtor | 257.28 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,837.72 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,795.38 | |
|   Trustee Fee | 4,347.41 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,142.79 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 62,171.80 | 0.00 | 62,171.80 |
|     Acct: 7851 | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 16,807.91 | 16,807.91 | 0.00 | 16,807.91 |
|     Acct: 7851 | | | | |
|   SHEARER HEATING & AC | 540.00 | 540.00 | 91.49 | 631.49 |
|     Acct: 1266 | | | | |
|   JEFFERSON AUTO SALES INC | 493.27 | 493.27 | 143.62 | 636.89 |
|     Acct: 3100 | | | | |
| | | | | 80,248.09 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. SUHOSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. SUHOSKI | 257.28 | 257.28 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,795.38 | 3,795.38 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-19 | | | | |
|   PA DEPARTMENT OF REVENUE* | 598.17 | 598.17 | 0.00 | 598.17 |
|     Acct: 6062 | | | | |
| | | | | 598.17 |
| **Unsecured** | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 3,210.26 | 3,210.26 | 818.92 | 4,029.18 |
|     Acct: 2294 | | | | |
|   CAVALRY SPV II LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6259 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 7855 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: Z3CZ | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 570C | | | | |
|   GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 757O | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 4,819.49 | 4,819.49 | 0.00 | 4,819.49 |
|     Acct: 3563 | | | | |
|   MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1911 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5461 | | | | |
|   REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1051 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6062 | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 8,848.67 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 89,694.93 |

| TOTAL | |
|---|---:|
| CLAIMED | 598.17 |
| PRIORITY | 17,841.18 |
| SECURED | 8,029.75 |

Date: 06/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

Case 15-22281-GLT    Doc 91    Filed 07/01/20    Entered 07/02/20 00:40:47    Desc Imaged
Certificate of Notice    Page 3 of 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   MICHAEL J. SUHOSKI<br><br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>      vs.<br>   No Repondents. | Case No.:15-22281<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                              BY THE COURT:

                                                                 _____
                                                                 U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-22281-GLT
Michael J. Suhoski                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2         Date Rcvd: Jun 29, 2020
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db             +Michael J. Suhoski,   56 Pettit Road,   Amity, PA 15311-1515
cr             +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr              DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,   PO Box 6154,   Rapid City, SD 57709-6154
cr             +New Residential Mortgage LLC,   RAS Crane, LLC,   10700 Abbott's Bridge Road, Suite 170,
                Duluth, GA 30097-8461
14067986       +Calvary Portfolio / GE Money Bank,   Attention:  Bankruptcy Department,
                500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-2321
14067987       +Citibank/The Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
                Saint Louis, MO 63179-0040
14067988       +Collection Service / Washington Fam Med,   Attn:Collection Center,   Po Box 14931,
                Pittsburgh, PA 15234-0931
14067989       +Equitable Ascent,   c/o Lloyd Markind, Esq.,   102 Browning Lane,   Cherry Hill, NJ 08003-3195
14067990       +Equitable Ascent Financial, LLC,   1120 W Lake Cook Road,   Suite B,
                Buffalo Grove, IL 60089-1970
14098442      ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
                (address filed with court: Green Tree Servicing LLC,   PO BOX 6154,   Rapid City, SD 57709-6154,
                Telephone # 888-298-7785)
14067992       +Green Tree Servicing,   c/o Victoria W Chen, Esq.,   701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14067995       +Jefferson Auto Sales,   879 Jefferson Ave.,   Washington, PA 15301-3858
14067996       +Merchants Credit / Seventh Ave.,   223 W. Jackson Blvd.,   Suite 400,   Chicago, IL 60606-6974
15182447        New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
14067998       +Recmgmt Srvc / Waste Mgmt,   240 Emery Street,   Bethlehem, PA 18015-1980
14067999       +Shearer Heating & A/C & Ref Inc.,   125 Old Plank Road,   Washington, PA 15301-9038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14099013       +E-mail/Text: bankruptcy@cavps.com Jun 30 2020 04:49:51     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14099010       +E-mail/Text: bankruptcy@cavps.com Jun 30 2020 04:49:51     Cavalry SPV II, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14067993        E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2020 04:55:33     Green Tree Servicing L,
                332 Minnesota St Ste 610,   Saint Paul, MN 55101
14067991       +E-mail/Text: bankruptcy@sccompanies.com Jun 30 2020 04:50:27     Ginnys/Swiss Colony Inc,
                Attn: Bankruptcy,   1112 7th Ave,   Monroe, WI 53566-1364
14067994       +E-mail/Text: bankruptcy@huntington.com Jun 30 2020 04:49:32     Huntington Natl Bk,
                Huntington National Bank - Bankruptcy No,   Po Box 89424,   Cleveland, OH 44101-6424
14067997       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 30 2020 04:49:34     Midland Funding / Citibank,
                8875 Aero Dr,   San Diego, CA 92123-2255
14079526        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2020 04:49:24
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: jhel               Page 2 of 2           Date Rcvd: Jun 29, 2020
                                Form ID: pdf900          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Michael J. Suhoski ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Michael J. Suhoski niclowlgl@comcast.net
                                                                                             TOTAL: 6
```