**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael J. Suhoski** | Social Security number or ITIN  **xxx–xx–6062** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–22281–GLT**

# Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J. Suhoski

<u>8/14/20</u>                                                **By the court:**    <u>Gregory L. Taddonio</u>
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-22281-GLT
Michael J. Suhoski                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: llea               Page 1 of 2              Date Rcvd: Aug 14, 2020
                               Form ID: 3180W           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db           +Michael J. Suhoski,    56 Pettit Road,    Amity, PA 15311-1515
cr           +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,     PO Box 6154,    Rapid City, SD 57709-6154
cr           +New Residential Mortgage LLC,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
               Duluth, GA 30097-8461
cr           +NewRez LLC d/b/a Shellpoint Mortgage Servicing,     RAS Crane, LLC,
               10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
14067986     +Calvary Portfolio / GE Money Bank,    Attention: Bankruptcy Department,
               500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
14067988     +Collection Service / Washington Fam Med,     Attn:Collection Center,    Po Box 14931,
               Pittsburgh, PA 15234-0931
14067989     +Equitable Ascent,    c/o Lloyd Markind, Esq.,    102 Browning Lane,    Cherry Hill, NJ 08003-3195
14067990     +Equitable Ascent Financial, LLC,    1120 W Lake Cook Road,    Suite B,
               Buffalo Grove, IL 60089-1970
14098442    ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
              (address filed with court: Green Tree Servicing LLC,     PO BOX 6154,    Rapid City, SD 57709-6154,
               Telephone # 888-298-7785)
14067992     +Green Tree Servicing,    c/o Victoria W Chen, Esq.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14067995     +Jefferson Auto Sales,    879 Jefferson Ave.,    Washington, PA 15301-3858
14067996     +Merchants Credit / Seventh Ave.,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
15182447      New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14067998     +Recmgmt Srvc / Waste Mgmt,    240 Emery Street,    Bethlehem, PA 18015-1980
14067999     +Shearer Heating & A/C & Ref Inc.,    125 Old Plank Road,    Washington, PA 15301-9038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2020 04:26:42      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
14099013     +E-mail/Text: bankruptcy@cavps.com Aug 15 2020 04:27:10       Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14099010     +E-mail/Text: bankruptcy@cavps.com Aug 15 2020 04:27:10       Cavalry SPV II, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14067987     +EDI: CITICORP.COM Aug 15 2020 07:48:00      Citibank/The Home Depot,
               Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,    Saint Louis, MO 63179-0040
14067993      EDI: RMSC.COM Aug 15 2020 07:48:00      Green Tree Servicing L,    332 Minnesota St Ste 610,
               Saint Paul, MN 55101
14067991     +EDI: CBS7AVE Aug 15 2020 07:48:00      Ginnys/Swiss Colony Inc,    Attn: Bankruptcy,
               1112 7th Ave,    Monroe, WI 53566-1364
14067994     +E-mail/Text: bankruptcy@huntington.com Aug 15 2020 04:26:51       Huntington Natl Bk,
               Huntington National Bank - Bankruptcy No,    Po Box 89424,    Cleveland, OH 44101-6424
14067997     +EDI: MID8.COM Aug 15 2020 07:48:00      Midland Funding / Citibank,    8875 Aero Dr,
               San Diego, CA 92123-2255
14079526      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2020 04:26:41
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa. 17128-0946
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: llea              Page 2 of 2          Date Rcvd: Aug 14, 2020
                              Form ID: 3180W          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Michael J. Suhoski ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Michael J. Suhoski niclowlgl@comcast.net
              Sindi  Mncina    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               smncina@rascrane.com
                                                                                            TOTAL: 7
```